**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
　　　　lsironski@bursor.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK CHEN and MINDY AIELLO, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-04458-TLT |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| VESYNC CORPORATION, | |
| Defendant. | |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd, 9th Floor, Walnut Creek, California 94596. On December 23, 2024, I served the document(s):

**THIRD AMENDED CLASS ACTION COMPLAINT (UNREDACTED VERSION)**

☒ by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

| | |
|---|---|
| SARAH CARLSON (SBN 344266) | SAMUEL D. JUBELIRER (SBN 287649) |
| sarah.carlson@dentons.com | samuel.jubelirer@dentons.com |
| DENTONS US LLP | DENTONS US LLP |
| 4655 Executive Drive, Suite 700 | 1999 Harrison Street, Suite 1300 |
| San Diego, CA 92121 | Oakland, CA 94612 |
| Telephone: 619 236 1414 | Telephone: 415 882 5000 |
| Facsimile: 619 232 8311 | Facsimile: 415 882 0300 |
| | |
| DEBORAH H. RENNER (*pro hac vice*) | ABIGAIL M. DOCKUM (*pro hac vice*) |
| deborah.renner@dentons.com | abby.dockum@dentons.com |
| DENTONS US LLP | DENTONS US LLP |
| 1221 Avenue of the Americas | 2398 E. Camelback Road, Suite 850 |
| New York, NY 10020 | Phoenix, AZ 85016 |
| Telephone: 212 768 6700 | Telephone: 602 508 3900 |
| Facsimile: 212 768 6800 | Facsimile: 602 508 3914 |

GRANT J. ANKROM (*pro hac vice*)
MICHAEL E. HARRISS (*pro hac vice*)
grant.ankrom@dentons.com
michael.harriss@dentons.com
DENTONS US LLP
101 S. Hanley Rd., Suite 600
St. Louis, MO 63105
Telephone: 314 241 1800

*Attorneys for Defendant*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on December 23, 2024, at Walnut Creek, California.

*/s/ Debbie Schroeder*
_____
Debbie Schroeder