**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       lsironski@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK CHEN, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br>v.<br><br>VESYNC CORPORATION,<br><br>                         Defendant. | Case No. 3:23-cv-004458-TLT<br><br>**DECLARATION OF RICK CHEN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: September 16, 2025<br>Time: 2:00 p.m.<br>Courtroom: 9 – 19th Floor<br>Judge: Hon. Trina L. Thompson |

I, Rick Chen declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. I am the representative plaintiff in this action. I submit this declaration in support of my request that the Court certify this case as a class action, appoint me as a class representative, and appoint my counsel, Bursor & Fisher, P.A., and Sinderbrand Law Group, P.C., as class counsel.

3. On September 27, 2020, I purchased a Levoit Core 300 True HEPA Filter Air Purifier from Amazon.com for $99.99. I purchased another Core 300 Air Purifier ($99.99) along with a "H13 True HEPA" replacement filter ($23.99) from Amazon on December 31, 2020.

4. At the time of these purchases, I reviewed the products' labels and the accompanying representations. In particular, I recall that Levoit represented on the labels and in their marketing that the air purifiers and replacement filters were "True HEPA." I understood the labels and representations to mean that the products had HEPA-grade filters. I would not have purchased the air purifiers or replacement filters had I known that they were not HEPA.

5. The "True HEPA" label jumped out to me, and it was one of the major factors that drove my purchase. In other words, I made these air purifier and replacement filter purchases based on Defendant's promises on the product label that the products had genuine HEPA filters.

6. I have consulted with my counsel periodically to review, discuss, and determine the actions to be taken and decisions to be made in pursuit of this case on behalf of all class members. Based on these interactions and my relationship with my counsel, I believe my counsel has fairly and adequately represented the class and will continue to do so.

7. I understand that, as a class representative, I have an obligation to protect the interests of the other class members and to not act just for my own benefit. Accordingly, I seek remedies equally applicable and beneficial to the class. I do not believe I have any conflict with the other class members. I will do my best to protect the interests of the other class members and will fairly and adequately represent the class to the best of my ability.

8. As a class representative, I further understand that I have an obligation to respond to

discovery propounded by Defendant. I have worked with my counsel to prepare responses to Defendant's document requests and interrogatories. I have also conducted a thorough search for documents responsive to requests served by Defendant. Through my counsel, I produced documents including, but not limited to purchase records, pictures of the air purifiers, warranty registrations, and emails. I have also reviewed documents filed in this case on my behalf. I am scheduled to be deposed in this case on May 15, 2025. I further understand that I may be asked to testify at a trial in this case.

        9.     I am ready and willing to serve as the class representative in this case and will do my best to protect the interests of the other class members.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on 30/04/25.


Rick Chen (Apr 30, 2025 20:57 PDT)

Rick Chen