**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       lsironski@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK CHEN, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br>   v.<br><br>VESYNC CORPORATION,<br><br>                          Defendant. | Case No. 3:23-cv-004458-TLT<br><br>**DECLARATION OF GREG SINDERBRAND IN SUPPORT OF APPOINTMENT AS CLASS COUNSEL**<br><br>Date: September 16, 2025<br>Time: 2:00 p.m.<br>Courtroom: 9 – 19th Floor<br>Judge: Hon. Trina L. Thompson |

I, Greg Sinderbrand, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. I am an attorney licensed to practice law in the State of California and am admitted to the U.S. District Courts for the Southern, Northern, Eastern, and Central Districts of California. I am the Principal of Sinderbrand Law Group, Professional Corporation, located in Westlake Village, California.

3. I submit this declaration in support of my firm's appointment as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

4. I have no knowledge of the existence of any conflict of interest between me and my firm and Plaintiff Chen, on the one hand, and any Class Member, on the other hand. My firm, Sinderbrand Law Group, P.C., is adequate to serve as counsel for the proposed class in this action and to represent the interests of the class.

5. I have over 20 years of experience litigating complex civil and business cases, including serving as co-counsel in consumer protection class actions under California's Consumer Legal Remedies Act (CLRA), False Advertising Law (FAL), and Unfair Competition Law (UCL). My firm is currently prosecuting multiple class actions in federal court involving deceptive advertising and unlawful business practices.

6. In connection with my litigation background, I have drafted complaints, argued contested motions, overseen discovery, negotiated settlements, and advocated for certification of class claims on behalf of California consumers. These matters include health product claims, false HEPA filtration representations, and other unlawful marketing practices.

7. In addition to my class action practice, I serve as outside General Counsel to corporate clients, advising on legal compliance, contract negotiation, business disputes, and regulatory issues involving the FTC and FDA. I previously served as Senior Vice President & General Counsel for Ideal Living, overseeing litigation, complex transactions, and product marketing compliance.

8. My litigation background includes trial and motion practice in both state and federal

courts, including extensive experience with consumer protection statutes, evidentiary hearings, dispositive motion arguments, and settlement negotiations.

9. I am a graduate of Southwestern University School of Law (J.D.), and the University of Arizona (B.S., Business Administration, cum laude). I am a member of the California Bar Association and maintain active affiliations in industry and professional legal groups.

10. Attached hereto as Exhibit A is a true and correct copy of the current firm resume for Sinderbrand Law Group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2025, in Westlake Village, California.

_____

Greg Sinderbrand
Sinderbrand Law Group, P.C.

Sinderbrand Law Group, Professional Corporation
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Phone: 818.370.3912

**Firm Overview**
Sinderbrand Law Group, Professional Corporation, is a boutique corporate and litigation law firm dedicated to delivering exceptional legal representation to plaintiffs in complex class action lawsuits and to corporations as outside General Counsel in day-to-day legal matters. Led by Principal Greg Sinderbrand, the firm specializes in consumer protection litigation under California's Consumer Legal Remedies Act (CLRA), False Advertising Law (FAL), and Unfair Competition Law (UCL). Additionally, the firm provides comprehensive legal services to corporate clients, managing complex business disputes, regulatory compliance, and corporate governance. With a proven track record in both plaintiff advocacy and corporate representation, Sinderbrand Law Group combines strategic litigation expertise with practical business solutions to achieve outstanding client outcomes.

**Areas of Expertise**
- Class Action Litigation: Representing plaintiffs in consumer protection class actions, focusing on violations of the CLRA, FAL, and UCL.
- Corporate Legal Services: Serving as outside General Counsel for corporations, advising on day-to-day legal matters, including contract drafting, regulatory compliance, and corporate governance.
- Complex Business Disputes: Litigating and resolving high-stakes business disputes, including contract breaches, intellectual property conflicts, and employment issues.
- Regulatory Compliance: Guiding clients through FTC, FDA, and state regulatory requirements to support litigation and business strategies.

**Class Action Litigation Experience**
Sinderbrand Law Group actively represents plaintiffs in multiple ongoing class action lawsuits in California and federal courts, addressing violations of consumer protection laws. Key highlights include:
- Serve as co-counsel in class actions under the CLRA, FAL and UCL pursuing remedies for deceptive marketing practices and product misrepresentations.
- Extensive litigation experience in drafting complaints, motions, and discovery documents, as well as arguing complex legal issues in court.
- Successfully navigating litigation, arbitration, mediation, and settlement negotiations, to deliver justice for class members.

**Corporate Representation Experience**
As outside General Counsel, Sinderbrand Law Group provides strategic legal support to corporations, ensuring operational efficiency and risk mitigation. Key services include:
- Negotiating and drafting corporate agreements, including banking, distribution, marketing, joint venture, and confidentiality contracts.
- Representing clients in complex business disputes, achieving favorable resolutions through litigation, arbitration, and mediation.
- Advising on employment law, intellectual property protection, and regulatory compliance with FTC and FDA standards.
- Attending board meetings, drafting corporate minutes and resolutions, and supporting SEC compliance efforts.

**Firm Leadership**
Greg Sinderbrand, Principal
- Over 20 years of experience in litigation and corporate law, with a focus on plaintiff-side consumer protection class actions and corporate legal counsel.
- Admitted to practice in California (1995) and U.S. District Courts for the Southern, Northern, Eastern, and Central Districts of California.
- Former Senior Vice President & General Counsel at Ideal Living Group of Companies, overseeing litigation, complex business transactions, and regulatory compliance.
- Extensive trial and motion practice as a Senior Associate at Davis & Fox, LLP, litigating complex business disputes.
- Juris Doctor, Southwestern University School of Law; Bachelor of Science in Business Administration, Cum Laude, University of Arizona.

**Professional Affiliations**
- California Bar Association
- Direct Marketing Association
- American Marketing Association