# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK CHEN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>  v.<br><br>VESYNC CORPORATION,<br><br>                      Defendant. | Case No. 3:23-cv-04458-TLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: September 16, 2025<br>Time: 2:00 p.m.<br>Courtroom: 9 – 19th Floor<br>Judge: Hon. Trina L. Thompson |

|   |   |
|---|---|
| 1 | The Court has considered the motion of Plaintiff Rick Chen for class certification in the |
| 2 | above-entitled action pursuant to Federal Rule of Civil Procedure 23.  The Court has reviewed all |
| 3 | materials submitted in support of and in opposition to the motion.  After careful consideration, the |
| 4 | Court concludes that class certification is appropriate. |

The Court has considered the motion of Plaintiff Rick Chen for class certification in the above-entitled action pursuant to Federal Rule of Civil Procedure 23. The Court has reviewed all materials submitted in support of and in opposition to the motion. After careful consideration, the Court concludes that class certification is appropriate.

Accordingly, the Court hereby GRANTS Plaintiff's motion for class certification and finds that Plaintiff has satisfied the requirements of FRCP 23(a) and 23(b)(3).  First, the Court hereby certifies a California Class defined as:

> All persons in California who, within the relevant statute of limitations period, purchased one or more Levoit Core 300 True HEPA, Core 300-RAC True HEPA, Core P350 True HEPA, and Core 300S True HEPA home air purifiers or replacement filters bearing the "True HEPA" claim.

Second, the Court hereby certifies a Multi-State Express Warranty Class defined as:

> All persons in California, Delaware, D.C., Kansas, Missouri, New Jersey, Ohio, Utah, Virginia, and West Virginia who, within the relevant statute of limitations period, purchased one or more Levoit Core 300 True HEPA, Core 300-RAC True HEPA, Core P350 True HEPA, and Core 300S True HEPA home air purifiers or replacement filters bearing the "True HEPA" claim.

Third, the Court hereby appoints Plaintiff as representative of the California Class and Multi-State Express Warranty Class.  Fourth, the Court hereby appoints Bursor & Fisher, P.A. and Sinderbrand Law Group, P.C. as class counsel.

Dated: _____

                                                           TRINA L. THOMPSON
                                                           United States District Judge