**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
            lsironski@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK CHEN, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>        v.<br><br><br>VESYNC CORPORATION,<br><br>                                        Defendant. | Case No. 3:23-cv-004458-TLT<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Trina L. Thompson |

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd, 9th Floor, Walnut Creek, California 94596. On May 2, 2025, I served the document(s):

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION (SEALED)**

**DECLARATION OF L. TIMOTHY FISHER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (SEALED)**

☒     by e-mail transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

**SIDLEY AUSTIN LLP**

| | |
|---|---|
| Sarah Carlson (SBN 344266) | Judith Sidkoff (SBN 267048) |
| sarah.carlson@sidley.com | judith.sidkoff@sidley.com |
| 12230 El Camino Real Suite 300 | 1999 Avenue of the Stars |
| San Diego, CA 92130 | Los Angeles, CA 90067 |
| Tel.: (858) 398-0150 | Tel.: (310) 595-9473 |
| Fax: (858) 398-0450 | Fax: (310) 595-9501 |

Adriane Peralta (SBN 304357)
adriane.peralta@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 896-6000
Fax: (213) 896-6600

*Attorneys for Defendant*
VESYNC CORPORATION

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on May 2, 2025, at Walnut Creek, California.

_____
Molly C. Sasseen