| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626)<br>Luke Sironski-White (State Bar No. 348441) |
| 3 | 1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700 |
| 5 | E-mail: ltfisher@bursor.com<br>         lsironski@bursor.com |
| 6 | **SINDERBRAND LAW GROUP, P.C.** |
| 7 | Greg Sinderbrand (State Bar No. 179586)<br>2829 Townsgate Road, Suite 100 |
| 8 | Westlake Village, CA 91361<br>Telephone: (818) 370-3912 |
| 9 | E-mail: greg@sinderbrandlaw.com |
| 10 | *Attorneys for Plaintiff and the Putative Class* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK CHEN, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br>     v.<br><br>VESYNC CORPORATION,<br><br>                                    Defendant. | Case No. 3:23-cv-004458-TLT<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 6, 2026<br>Time: 2:00 P.M.<br>Courtroom:  9 – 19th Floor<br>Judge:  Hon. Trina L. Thompson |

**REDACTED VERSION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 6, 2026 at 2:00 p.m., or as soon thereafter as counsel may be heard by the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, CA, 94102, Courtroom 9, 19th Floor in the Courtroom of Judge Trina L. Thompson, Plaintiff Rick Chen ("Plaintiff") will and hereby does move the Court for an order granting Plaintiff's Motion for Partial Summary Judgment ("Motion") pursuant to Federal Rule of Civil Procedure 56(a).

This Motion is based on this Notice of Motion and Motion for Partial Summary Judgment; the Declaration of Gregory Sinderbrand; all records and papers on file in this action; any oral argument; and any such further evidence that the Court may consider in hearing this motion.

**CIVIL LOCAL RULE 7-4(a)(3) STATEMENT OF ISSUES TO BE DECIDED**

Whether Defendant Vesync Corporation violated the UCL, FAL, and CLRA as a matter of law by making false and misleading HEPA performance claims during: (1) the period from June 2019 through October 25, 2021; and/or (2) the period from October 26, 2021 through July 9, 2023.

Dated: September 12, 2025

**BURSOR & FISHER, P.A.**

By:   /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       lsironski@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman
Janine L. Pollack
745 Fifth Avenue, Suite 500
New York, NY 10151
Phone: (917) 983-2707
Fax: (888) 421-4173
Email : lfeldman@4-justice.com
Email: jpollack@4-justice.com
Email : Eservice@4-justice.com

**GEORGE FELDMAN MCDONALD, PLLC**
David J. George
Brittany Sackrin
9897 Lake Worth Road, Suite 302
Lake Worth, Florida 33467
Phone: (561) 232-6002
Fax: (888) 421-4173
Email: DGeorge@4-justice.com
Email: BSackrin@4-justice.com
Email: EService@4-justice.com

**TAUS, CEBULASH & LANDAU, LLP**
Miles Greaves
Archana Tamoshunas
123 William Street
Suite 1900a
New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
mgreaves@tcllaw.com
atamoshunas@tcllaw.com

**MIGLIACCIO AND RATHOD LLP**
Jason S. Rathod
Nicholas A. Migliaccio
412 H Street N.E.
Washington, DC 20002
(202) 470-3520
jrathod@classlawdc.com

*Attorneys for Plaintiff and the Putative Class*

**FILED UNDER SEAL**