UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK CHEN,<br><br>    Plaintiff,<br><br>v.<br><br>VESYNC CORPORATION,<br><br>    Defendant. | Case No. 23-cv-04458-TLT<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DEFENDANT'S MATERIAL UNDER SEAL**<br><br>Re: Dkt. Nos. 174, 182 |

"[T]o retain any protected status for documents attached to a summary judgment motion, the proponent must meet the 'compelling reasons' standard." *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). A court may find a compelling reason to seal documents exists when when the material sought to be sealed contains information that may result in public disclosure of information which may be used for "improper purposes." *Id.* Such information may include proprietary business or sales information and sensitive commercial research or development data. *Algarin v. Maybelline, LLC*, No. 12-cv-3000 AJB (DHB), 2014 WL 690410, at *2 (S.D. Cal. Feb. 21, 2014)

Defendant's documents which contain sensitive information about testing results have historically been maintained as confidential by Defendant and have already been sealed by this Court in its prior rulings. ECF 182 at 3. The public disclosure of these documents risks making Defendant's proprietary data available to competitors. Defendant also faces the risk of legal liability for disclosure of this information due to contractual agreements with business partners, customers, and vendors which require Defendant to keep the information confidential. *Id.* at 4.

For good cause shown, the portions of Plaintiff's Motion and Exhibits to the Sinderbrand Declaration identified below shall be filed under seal.

| Docket No./Public (Sealed) | Document | Portion(s) Sought to Be Sealed | Evidence in Support of Seal | Ruling |
|---|---|---|---|---|
| ECF 175 (174-3) | Pl.'s Notice of Mot. and Mot. for Partial Summary Judgment | 1:24-26; 2:3-5, 6-14, 17-18, n.2; 3:3-12, 15-19, 23-25, n.3; 5:22-23; 7: Figure 1; 8:1-2, 4-6, 16-20, 21-24; 9:1-6, Figure 2, 25-28. | These portions of the motion discuss confidential, proprietary, and sensitive business information. See Mellow Decl. ¶¶ 4, 5; Liauw Decl. ¶ 7. | GRANTED |
| ECF 175-1 (174-4) | Exhibit 1 to Sinderbrand Decl. ISO Pl.'s Mot. for Partial Summary Judgment | 103:22-106:25; 111:1-113:25; 120:1-8; 124:1-125:25; 166:1-167:10. | These portions of the exhibit discuss confidential, proprietary, and sensitive business information. See Mellow Decl. ¶¶ 4, 5; Liauw Decl. ¶ 7. | GRANTED |
| ECF 175-1 (174-4) | Exhibit 2 to Sinderbrand Decl. ISO Pl.'s Mot. for Partial Summary Judgment | Entire document. | This exhibit discusses confidential, proprietary, and sensitive business information. See Mellow Decl. ¶¶ 4, 5; Liauw Decl. ¶ 7. | GRANTED |

IT IS SO ORDERED.

Dated: September 26, 2025

_____
TRINA L. THOMPSON
United States District Judge

2